CENTURY BIAS BINDING Co., INC., a Corporation, Appellant, v. DUN & BRAD-STREET, INC., a Corporation, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

JAMES B. MARTIN and MARION E. USILTON, as Administratrix, etc., of LEWIN H. USILTON, Deceased, Respondents, v. DI MARCO & REIMANN, INC., Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MARY O'NEILL, as Administratrix, etc., of JOSEPH O'NEILL, Deceased, Respondent, v. THE UNITED ELECTRIC LIGHT & POWER Co. and NEW YORK EDISON COMPANY, INC., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon and Cohn, JJ.

PEIKIN, INC., Respondent-Appellant, v. TRABERT & HOEFFER, INC., Appellant-Respondent.— Orders unanimously modified by denying plaintiff's motion for an examination before trial *in toto*, and as so modified affirmed, with twenty dollars costs and disbursements to the defendant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

FRANCES ADAMS HALSTED, Respondent, v. E. BAYARD HALSTED, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of MARY J. GLOVER, an Incompetent Person, Respondent. M. O'CONNELL & Co. BUILDERS, INC., and C. JOSEPH GARVEY, Claimants-Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and grant the motion.

NATE SHORR, Respondent, v. MARWILL REALTY CORPORATION and Others, Defendants. MAURICE COHEN and ROSE S. FREIDUS, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MILDRED BENJAMIN, Appellant, v. ESTATE ADMINISTRATION, INC., and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements and the motion denied. Defendants' application for an examination amounts in substance to a request for a cross-examination of the plaintiff before trial. This right may be protected by providing for an open commission if the plaintiff is not to appear at the trial. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INCORPORATED, a New York Corporation, Respondent, v. THE THREADNEEDLE INSURANCE COMPANY (1923), LTD., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within five days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.